## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR155 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOROTEO MANUEL PONCE and | ) | |
| DANIEL MURATELLA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of the government and the defendants for additional time to complete discovery and file pretrial motions.  The motion was made during the arraignment on the Third Superseding Indictment on February 11, 2015.  Ponce and Muratella acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act.  The oral motion was granted.

**IT IS ORDERED:**

1.      Discovery in accordance with the progression order shall be completed **by March 6, 2015.**  The parties shall have **to on or before March 31, 2015**, in which to file pretrial motions in accordance with the progression order.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., **from February 11, 2015, and March 31, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act  for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 11th day of February, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge