IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOROTEO MANUEL PONCE,<br><br>    Defendant. | 8:14CR155<br><br>ORDER |

This matter is before the court on defendant's MOTION TO EXTEND DEADLINE TO FILE MOTIONS [198]. Counsel seeks to reopen the deadline for filing Pretrial Motions until June 1, 2015. The record shows that this deadline for filing Pretrial Motions expired on March 31, 2015. The entry of appearance of retained counsel after the expiration of the Pretrial Motions deadline is not a sufficient reason to justify extension of the deadline. The court finds that the defendant has not shown good cause for extending the deadline.

  **IT IS ORDERED:**

  1. Defendant's MOTION TO EXTEND DEADLINE TO FILE MOTIONS [198] is denied.

  2. Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Friday, May 1, 2015.

  Dated this 27th day of April, 2015

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge