IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:14CR155 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DOROTEO MANUEL PONCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue the trial of this matter and for a Rule 17.1 conference (Filing No. 248). This matter was previously set for trial for July 20, 2015 (Filing No. 223). The court will hold a telephone conference with all counsel on the motion during the week of July 20, 2015. Plaintiff's counsel shall arrange and initiate the telephone conference. In the meantime, the trial of this matter scheduled for July 20, 2015, is canceled.

DATED this 17th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge