IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DOROTEO MANUEL PONCE,
JUAN GERARDO DELGADO,
GILBERT NAVARRO,

Defendants.

8:14CR155

**FINAL ORDER OF FORFEITURE**

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 391). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On November 3, 2015, this Court entered a Preliminary Order of Forfeiture (Filing No. 299), pursuant to the provisions of Title 21, United States Code, Sections 841 and 853 based upon the Defendants' pleas of guilty to Counts I, III, VII, and VIII and the Forfeiture Allegation of the Third Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

(a) $3,893.93 seized on May 21, 2014 from Wells Fargo Bank account number ending in 7005 in the name of Francisco J. Hurtado, DBA Martinez Auto Sales.

(b) $740.46 seized on May 21, 2014 from Wells Fargo Bank account number ending in 9400 in the name of Alberto Martinez. DBA Martinez Auto Sales.

(c) $76,806.67 seized on May 21,2014 from Wells Fargo Bank account number ending in 7110 in the name of Riverside Auto Sales Inc.

(d) $122.50 seized on June 18, 2014 from Wells Fargo Bank account number ending in 5740 in the name of Jorge L Perez-Gutierrez.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 8, 2015, as required by Rule

G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on February 19, 2016 (Filing No. 390).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following held by any person or entity are hereby forever barred and foreclosed:

(a) $3,893.93 seized on May 21, 2014 from Wells Fargo Bank account number ending in 7005 in the name of Francisco J. Hurtado, DBA Martinez Auto Sales.

(b) $740.46 seized on May 21, 2014 from Wells Fargo Bank account number ending in 9400 in the name of Alberto Martinez. DBA Martinez Auto Sales.

(c) $76,806.67 seized on May 21,2014 from Wells Fargo Bank account number ending in 7110 in the name of Riverside Auto Sales Inc.

(d) $122.50 seized on June 18, 2014 from Wells Fargo Bank account number ending in 5740 in the name of Jorge L Perez-Gutierrez.

C. The above property is forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 19th day of February, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge